# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL CLEO CONSTABLE, | ) | 1:09cv0029 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 3) |
| KENNETH J. HARA, | ) | |
| Defendant. | ) | |

Plaintiff, appearing pro se, filed the instant action on January 7, 2009.

On January 16, 2009, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED WITHOUT LEAVE TO AMEND. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated January 16, 2009, is ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   February 23, 2009**                     **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE